**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re MarOpCo, Inc.

Appellate case number:   01-16-00047-CV

Trial court case number: 2015-35950

Trial court:             11th District Court of Harris County


On January 21, 2016, relator, MarOpCo, Inc., filed a petition for a writ of mandamus in this Court. The Court requests a response to the petition for a writ of mandamus from real parties in interest. The response is due no later than **Tuesday, February 9, 2016.**

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                      ☒  Acting individually

Date:  January 26, 2016